UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re REFCO, INC. SECURITIES LITIGATION    :    05 Civ. 8626 (GEL)
                                                            :
------------------------------------------------------------x
                                                            :
AMERICAN FINANCIAL INTERNATIONAL           :         **ORDER**
GROUP–ASIA, L.L.C. et al.,                          :
                                                            :
                    Plaintiffs,                     :
                                                            :    05 Civ. 8988 (GEL)
     -against-                                      :
                                                            :
PHILLIP R. BENNETT et al.,                          :
                                                            :
                    Defendants.                     :
                                                            :
------------------------------------------------------------x
                                                            :
CHRISTOPHER CARMONA, derivatively on                :
behalf of THE GOLDMAN SACHS GROUP,                  :
INC.,                                               :
                                                            :
                    Plaintiff,                      :
                                                            :    05 Civ. 9327 (GEL)
     -against-                                      :
                                                            :
HENRY M. PAULSON et al.,                            :
                                                            :
                    Defendants,                     :
     -and-                                          :
                                                            :
THE GOLDMAN SACHS GROUP, INC.,                      :
a Delaware corporation,                             :
                                                            :
                    Nominal Defendant.              :
                                                            :
------------------------------------------------------------x
                                                            :
THOMAS H. LEE EQUITY FUND V, L.P. et al.,           :
                                                            :
                    Plaintiffs,                     :
                                                            :    05 Civ. 9608 (GEL)
     - against-                                     :

|  |  |
|---|---|
| PHILLIP R. BENNETT et al., : | |
| Defendants. : | |
| ------------------------------------------------------------x | |
| : | |
| In re REFCO CAPITAL MARKETS, LTD. : | 06 Civ. 643 (GEL) |
| BROKERAGE CUSTOMER SECURITIES : | |
| LITIGATION : | |
| ------------------------------------------------------------x | |
| THOMAS H. LEE EQUITY FUND V, L.P. et al., : | |
| Plaintiffs, : | |
| : | 07 Civ. 6767 (GEL) |
| - against- : | |
| MAYER, BROWN, ROWE & MAW LLP, : | |
| Defendant. : | |
| ------------------------------------------------------------x | |
| MARC S. KIRSCHNER, as Trustee of the : | |
| Refco Litigation Trust, : | |
| Plaintiff, : | |
| : | 07 Civ. 7074 (GEL) |
| - against- : | |
| THOMAS H. LEE PARTNERS, L.P. et al., : | |
| Defendants. : | |
| ------------------------------------------------------------x | |
| AXIS REINSURANCE COMPANY, : | |
| Plaintiff, : | |
| : | 07 Civ. 7924 (GEL) |
| - against- : | |
| PHILLIP R. BENNETT et al., : | |

```
                                                    :
                        Defendants.                 :
                                                    :
---------------------------------------------------x
                                                    :
MARC S. KIRSCHNER, as Trustee of the                :
Refco Private Actions Trust,                        :
                                                    :
                        Plaintiff,                  :
                                                    :           07 Civ. 8165 (GEL)
    - against-                                      :
                                                    :
PHILLIP R. BENNETT et al.,                          :
                                                    :
                        Defendants.                 :
                                                    :
---------------------------------------------------x
                                                    :
THOMAS H. LEE EQUITY FUND V, L.P. et al.,           :
                                                    :
                        Plaintiffs,                 :
                                                    :           07 Civ. 8663 (GEL)
    - against-                                      :
                                                    :
GRANT THORNTON LLP,                                 :
                                                    :
                        Defendant.                  :
                                                    :
---------------------------------------------------x
                                                    :
VR GLOBAL PARTNERS, L.P. et al.,                    :
                                                    :
                        Plaintiffs,                 :
                                                    :           07 Civ. 8686 (GEL)
    - against-                                      :
                                                    :
PHILLIP R. BENNETT et al.,                          :
                                                    :
                        Defendants.                 :
                                                    :
---------------------------------------------------x
                                                    :
CAPITAL MANAGEMENT SELECT FUND                      :
LTD. et al.,                                        :
                        Plaintiffs,                 :
```

|  |  |
|---|---|
| - against- | 07 Civ. 8688 (GEL) |
| PHILLIP R. BENNETT et al., | |
| Defendants. | |

------------------------------------------------------------x

|  |  |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, | |
| Plaintiff, | 07 Civ. 9238 (GEL) |
| - against- | |
| THOMAS HACKL et al., | |
| Defendants. | |

------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

     The above-captioned cases constitute all of the Refco-related cases currently pending on this Court's docket. In the interest of determining a fair and efficient manner to coordinate discovery and briefing schedules in these related cases, it is hereby ORDERED that counsel for all parties in the above-captioned cases shall appear for a status conference before this Court at 3:30 p.m. on November 30, 2007.

SO ORDERED.

Dated: New York, New York
       October 24, 2007

                                                  GERARD E. LYNCH
                                               United States District Judge