USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re REFCO, INC. SECURITIES LITIGATION                    :      05 Civ. 8626 (GEL)
                                                           :
                                                           :
-----------------------------------------------------------x
                                                           :
AMERICAN FINANCIAL INTERNATIONAL                           :      **ORDER**
GROUP–ASIA, L.L.C. et al.,                                 :
                                                           :
                          Plaintiffs,                      :
                                                           :      05 Civ. 8988 (GEL)
            -against-                                      :
                                                           :
PHILLIP R. BENNETT et al.,                                 :
                                                           :
                          Defendants.                      :
                                                           :
-----------------------------------------------------------x
                                                           :
CHRISTOPHER CARMONA, derivatively on                       :
behalf of THE GOLDMAN SACHS GROUP,                         :
INC.,                                                      :
                                                           :
                          Plaintiff,                       :
                                                           :      05 Civ. 9327 (GEL)
            -against-                                      :
                                                           :
HENRY M. PAULSON et al.,                                   :
                                                           :
                          Defendants,                      :
            -and-                                          :
                                                           :
THE GOLDMAN SACHS GROUP, INC.,                             :
a Delaware corporation,                                    :
                                                           :
                          Nominal Defendant.               :
                                                           :
-----------------------------------------------------------x
                                                           :
THOMAS H. LEE EQUITY FUND V, L.P. et al.,                  :
                                                           :
                          Plaintiffs,                      :
                                                           :      05 Civ. 9608 (GEL)
            - against-                                     :

| | |
|---|---|
| PHILLIP R. BENNETT et al., :<br><br>                Defendants. : | |
| ------------------------------------------------------------x | |
| In re REFCO CAPITAL MARKETS, LTD.<br>BROKERAGE CUSTOMER SECURITIES<br>LITIGATION | 06 Civ. 643 (GEL) |
| ------------------------------------------------------------x | |
| THOMAS H. LEE EQUITY FUND V, L.P. et al.,<br><br>                Plaintiffs,<br><br>- against-<br><br>MAYER, BROWN, ROWE & MAW LLP,<br><br>                Defendant. | 07 Civ. 6767 (GEL) |
| ------------------------------------------------------------x | |
| MARC S. KIRSCHNER, as Trustee of the<br>Refco Litigation Trust,<br><br>                Plaintiff,<br><br>- against-<br><br>THOMAS H. LEE PARTNERS, L.P. et al.,<br><br>                Defendants. | 07 Civ. 7074 (GEL) |
| ------------------------------------------------------------x | |
| AXIS REINSURANCE COMPANY,<br><br>                Plaintiff,<br><br>- against-<br><br>PHILLIP R. BENNETT et al., | 07 Civ. 7924 (GEL) |

2

|  |  |
|---|---|
| Defendants. | : |
| ------------------------------------------------------------x | : |
| MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust, | : |
| Plaintiff, | : |
| - against- | : 07 Civ. 8165 (GEL) |
| PHILLIP R. BENNETT et al., | : |
| Defendants. | : |
| ------------------------------------------------------------x | : |
| THOMAS H. LEE EQUITY FUND V, L.P. et al., | : |
| Plaintiffs, | : |
| - against- | : 07 Civ. 8663 (GEL) |
| GRANT THORNTON LLP, | : |
| Defendant. | : |
| ------------------------------------------------------------x | : |
| VR GLOBAL PARTNERS, L.P. et al., | : |
| Plaintiffs, | : |
| - against- | : 07 Civ. 8686 (GEL) |
| PHILLIP R. BENNETT et al., | : |
| Defendants. | : |
| ------------------------------------------------------------x | : |
| CAPITAL MANAGEMENT SELECT FUND LTD. et al., | : |
| Plaintiffs, | : |

3

|  |  |
|---|---|
| - against- | 07 Civ. 8688 (GEL) |
| PHILLIP R. BENNETT et al., | |
| Defendants. | |

|  |  |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, | |
| Plaintiff, | 07 Civ. 9238 (GEL) |
| - against- | |
| THOMAS HACKL et al., | |
| Defendants. | |

|  |  |
|---|---|
| In re REFCO, INC. | 07 Civ. 9420 (GEL) |
|  | 07 Civ. 9482 (GEL) |
|  | 07 Civ. 9483 (GEL) |
|  | 07 Civ. 10302 (GEL) |

GERARD E. LYNCH, District Judge:

    The Court has received a letter from counsel for defendant Grant Thornton LLP stating that the parties to a number of the above-captioned cases have been attempting to schedule a meeting to discuss matters to be addressed at the status conference currently scheduled for November 30, 2007, at 3:30 p.m., but that the parties have been unable to meet as a result of the large number of counsel and the intervening Thanksgiving holiday. Having received a request to adjourn the status conference for a brief period to permit interested parties to confer, it is hereby ORDERED that the status conference is re-scheduled for December 10, 2007, at 3 p.m.

SO ORDERED.

Dated: New York, New York
       November 27, 2007

_____
GERARD E. LYNCH
United States District Judge