Case Name: Kirschner v Hackl
Defendant: Thomas Hackl
Court Case No.: '07 CIV 9238

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __April 18, 2008__
   - at (place, street, number)
   - *à (localité, rue numéro)* __VESENAZ, chemin des Pêcheurs 21__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     [X] (b) in accordance with the following particular method*:
       b) *selon la forme particulière suivante:* __Service carried out by the police__

     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Mr. Thomas HACKL__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Complaint to Avoid and Recover Fraudulent Transfers and for Breaches of Fiduciary Duties, Exhibit "A", Exhibit "B", Summons and Notice of Pretrial Conference in an Adversary Proceeding, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

|  |  |
|---|---|
| **In appropriate cases, documents establishing the service:** *Le cas échéant, les documents justificatifs de l'exécution:* | **Done at** *Fait à* __Geneva__ , **the** *, le* __June 27, 2008__ <br> **Signature and/or stamp.** *Signature et/ou cachet.* <br><br> _____(signature) (stamp)_____ |

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

Case Name : Kirschmer v. Hackl
Defendant : Thomas Hackl
Court Case No : '07 CIV 9238

F2 (PAGE 2)

ATTESTATION PARTIE A REMPLIR PAR L'AUTORITE ETRANGERE
CERTIFICATE DEVANT EFFECTUER LA NOTIFICATION

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,
The undersigned authority has he honour to certify, in conformity with article 6 of the Convention,

1. que la demande a été exécutée*
1. that the document has been served*
   - le (date) 18.04.2008
   - the (date) ............
   - à (localité, rue, numéro) VESENAZ, chemin des Pêcheurs 21
   - at (place, street, number) ............
   - dans une des formes suivantes prévues à l'article 5 :
   - in one of the following methods authorised by article 5 :
   a) selon les formes légales (article 5, alinéa premier, lettre a)*
      a) in accordance with the provision of sub-paragraph (a) of the first paragraph of article 5 of the Convention*
   X b) selon la forme particulière suivante* : Notification exécutée par
      b) in accordance with the following particular method* : la police
   c) par simple remise*
      c) by delivrery to the address, who accepted it voluntarily*

Les documents mentionnés dans la demande ont été remis à :
The documents referred to in the request have been delivered to :
   - (identité et qualité de la personne) Monsieur Thomas HACKL
   - (identity and description of person) ............
   - liens de parenté, de subordination ou autres, avec le destinataire de l'acte : .....
   - relationship to the address (family, business or other) : ............

2. que la demande n'a pas été exécutée, en raison des faits suivants* :
2. that the document has not been served, by reason of th following facts* :
   ............
   ............
   ............

Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.
in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expens detailed in the attached statement*.

Annexes
Annexes

Pièces renvoyées :
Documents returned :
   ............
   ............

Le cas échéant, les documents justificatifs de l'exécution :
in appropriate cases, documents establishing the service :
   ............
   ............



Fait à Genève , le 27.06.2008
Done at , the
Signature et/ou cachet
Signature and/or stamp

* rayer les mentions inutiles
* delete if inappropriate